1  MALINDA HAAG
   United States Attorney
2  DONNA L. CALVERT
   Acting Regional Chief Counsel, Region IX,
3  Social Security Administration
   THEOPHOUS H. REAGANS, SBN CA 189450
4  Special Assistant United States Attorney

5       160 Spear Street, Suite 600
        San Francisco, California 94105
6       Telephone:  (415) 977-8938
        Facsimile:  (415) 744-0134
7
   Attorneys for Defendant
8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10

11

12  MARIA RUBIO,                          )
                                          )   CIVIL NO. 13-CV-4073-RS
13         Plaintiff,                     )
                                          )   STIPULATION FOR TRANSFER OF CASE;
14         v.                             )   ~~PROPOSE~~D ORDER
                                          )
15  CAROLYN W. COLVIN,                    )
    Acting Commissioner of                )
16  Social Security,                      )
                                          )
17         Defendant.                     )
    _____ )
18

19      Plaintiff resided in Katy, Texas, at the time she filed her complaint in this action.  See Exhibit A.

20  Having agreed that the appropriate venue for this action is the Southern District of Texas;  IT IS HEREBY

21  STIPULATED by the undersigned for the respective parties, subject to the approval of the Court, that this

22  case be transferred this District to the Southern District of Texas where the Plaintiff resides, pursuant to 28

23  § 1404 of the Federal Rules of Civil Procedure.

24  ///

25  ///

26  ///

27  ///

28  ///

| | | | |
|---|---|---|---|
| 1 | Dated: December 9, 2013 | By: | /s/ Nancy K. McCombs |
| 2 | | | (As authorized via telephone on 12/09/2013)<br>NANCY K. MCCOMBS<br>Attorney for Plaintiff |

MALINDA HAAG
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX

Dated: December 9, 2013        By:    /s/ Theophous H. Reagans
                                      THEOPHOUS H. REAGANS
                                      Special Assistant United States Attorney

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  12/11/13

HON. RICHARD SEEBORG
United States District Judge