1   MALINDA HAAG
    United States Attorney
2   DONNA L. CALVERT
    Acting Regional Chief Counsel, Region IX,
3   Social Security Administration
    THEOPHOUS H. REAGANS, SBN CA 189450
4   Special Assistant United States Attorney

5       160 Spear Street, Suite 600
        San Francisco, California 94105
6       Telephone: (415) 977-8938
        Facsimile: (415) 744-0134
7
    Attorneys for Defendant
8
                    UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10

11

12  MARIA RUBIO,                     )
                                     )        CIVIL NO. 13-CV-4073-RS
13          Plaintiff,               )
                                     )        STIPULATION FOR TRANSFER OF CASE;
14          v.                       )        ~~PROPOSE~~D ORDER
                                     )
15  CAROLYN W. COLVIN,               )
    Acting Commissioner of          )
16  Social Security,                 )
                                     )
17          Defendant.               )
                                     )
18  _____)

19          Plaintiff resided in Katy, Texas, at the time she filed her complaint in this action. <u>See</u> Exhibit A.

20  Having agreed that the appropriate venue for this action is the Southern District of Texas;  IT IS HEREBY

21  STIPULATED by the undersigned for the respective parties, subject to the approval of the Court, that this

22  case be transferred this District to the Southern District of Texas where the Plaintiff resides, pursuant to 28

23  § 1404 of the Federal Rules of Civil Procedure.

24  ///

25  ///

26  ///

27  ///

28  ///

Dated: <u>December 9, 2013</u>      By:     <u>/s/ Nancy K. McCombs</u>
                                      *(As authorized via telephone on 12/09/2013)*
                                      NANCY K. MCCOMBS
                                      Attorney for Plaintiff

                                      MALINDA HAAG
                                      United States Attorney
                                      DONNA L. CALVERT
                                      Acting Regional Chief Counsel, Region IX

Dated: <u>December 9, 2013</u>      By:     <u>/s/ Theophous H. Reagans</u>
                                        THEOPHOUS H. REAGANS
                                      Special Assistant United States Attorney

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  <u>12/11/13</u>

HON. RICHARD SEEBORG
United States District Judge

2